**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AUNDREA HALE o/b/o E.H.,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　Case No. 6:05-cv-1019-Orl-31DAB

**JO ANNE B. BARNHART, Commissioner**
**of Social Security,**

      **Defendant.**
_____

## ORDER

This cause comes before the Court on Complaint to Review Denial of Social Security Benefits (Doc. No. 1) filed July 13, 2005.

On July 5, 2006, the United States Magistrate Judge issued a report (Doc. No. 13) recommending that the Complaint be denied and the decision of the Commissioner be affirmed. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Complaint to Review Denial of Social Security Benefits is DENIED and the decision of the Social Security Commissioner is AFFIRMED..

3. The clerk is directed to enter Judgment for the Defendant and close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 27th day of July, 2006.

Copies furnished to:
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE